**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| SILVIA JULIANA DELGADO PINTO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:26-cv-00057-TWP-KMB |
| | ) |
| KRISTI NOEM, | ) |
| PAMELA BONDI, | ) |
| SAMUEL OLSEN, | ) |
| SCOTT A. MAPLES, JR., | ) |
| Respondents. | ) |

**ENTRY**

This matter is before the Court on a Motion to Enforce Order Granting Writ of Habeas Corpus filed by Petitioner Silvia Juliana Delgado Pinto (Dkt. 17). On March 17, 2026 the Court granted Delgado Pinto's Petition for Writ of Habeas Corpus "to the extent that no later than March 24, 2026, Respondents must either: (1) provide Delgado Pinto with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its regulations; or (2) release Delgado Pinto from custody, under reasonable conditions of supervision" (Dkt. 13 at 6). The Respondents notified the Court on March 25, 2026, that they had provided Ms. Delgado Pinto with a bond hearing and bond was denied. (Dkt. 15).

In her Motion, Delgado Pinto alleges that the immigration judge improperly denied bond based on an erroneous finding that neither her counsel's appearance nor her evidence in support of bail had been filed in the electronic docketing system. (Dkt. 17 at 3). As a result, "the technical readiness supporting said bond hearing or lack thereof denied [Delgado Pinto] the good faith effort and meaningful bond hearing as directed and required by the district court." (Dkt. 17 at 3).

Respondents will have **through April 9, 2026**, to file a written response to the merits of Ms. Delgado Pinto's motion.

  **IT IS SO ORDERED.**

Date: 4/2/2026

              Hon. Tanya Walton Pratt, Judge
              United States District Court
              Southern District of Indiana

Distribution:

All electronically registered counsel