UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SILVIA JULIANA DELGADO PINTO,      )
                                   )
                  Petitioner,      )
                                   )
         v.                        )        No. 4:26-cv-00057-TWP-KMB
                                   )
KRISTI NOEM,                       )
PAMELA BONDI,                      )
SAMUEL OLSEN,                      )
SCOTT A. MAPLES, JR.,              )
                                   )
                  Respondents.     )

## ORDER ACCEPTING THE PARTIES JOINT STIPULATION OF DISMISSAL

This matter is before the Court on a Motion to Enforce Judgment filed by Petitioner Silvia Juliana Delgado Pinto (Dkt. 17) and the parties Joint Stipulation of Dismissal (Dkt. 24). For the reasons stated below, the Joint Stipulation is **accepted** and the Motion to Enforce is **denied** as it is now moot.

Ms. Delgado Pinto's initiated this action on March 3, 2026 by filing a Petitioner for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. 1). On March 17, 2026, the Court granted Ms. Delgado Pinto's Petition and ordered the Respondents to either (1) provide her "with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(c) and its regulations," or (2) release Ms. Delgado Pinto from custody. (Dkt. 13 at 6). Following her bond hearing, Ms. Delgado Pinto filed the instant Motion to Enforce the judgment, alleging the Administrative Law Judge failed to provide a meaningful bond hearing  (Dkt. 17). On May 14, 2026, the Court orders both sides to supplement the record. The supplemental filings were made on May 20, 2026. The next day, May 21, 2026 the Joint Stipulation was filed.

Having reviewed the Joint Stipulation of Dismissal, it appears that Ms. Delgado Pinto accepted voluntary departure and was voluntarily removed from the United States on May 13, 2026. Accordingly, her Motion to Enforce Judgment, Dkt. [17], is **DENIED** as moot and the Joint Stipulation Of Dismissal, Dkt. [24] is **GRANTED**.

IT IS THEREFORE ORDERED that this case is **DISMISSED**.

**IT IS SO ORDERED.**

Date: 6/4/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel